## AFFIDAVIT OF COURT REPORTER

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/4/2015 10:31:31 AM
LISA MATZ
Clerk

1.   My name is Susan Peters Tabaee, C.S.R. and Official Court Reporter for the Auxiliary Court 7, Dallas County, Texas.

2.   I took the stenograph notes of the proceedings in Cause No.F14-23132-P THE STATE OF TEXAS VS. GEOFFREY ROSS RIMES.

3.   Notice of Appeal was not even filed until after the due date of the record.  Notice was filed late, and the record is already past due.

4.   Because of the volume and complexity of the records I am now preparing in other cases, I would respectfully request an extension of 90 days, or until June 26, 2015 to prepare a complete Reporter's Record in the above case.

   DATED this the 29th day of April, 2015.

SUSAN P. TABAEE, C.S.R.
C.S.R. #2263